IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EMMANUEL FOLLY,          :
    Plaintiff,           :
                         :
    v.                   :          CIVIL ACTION NO. 25-CV-0305
                         :
CITY OF PHILADELPHIA, *et al.*,     :
    Defendants.          :

## ORDER

AND NOW, this /8ᵗʰ day of March, 2025, upon consideration of Plaintiff Emmanuel

Folly's Complaint (ECF No. 2), Motion to Appoint Counsel (ECF No. 3), Motion for Leave to

Proceed *In Forma Pauperis* (ECF No. 6) and Motion for Default Judgment (ECF No. 7), it is

**ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.    The Motion to Appoint Counsel is **DENIED**.

5.    The Motion for Default Judgment is **DENIED**.

6.    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
KAI N. SCOTT, J.